The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN BREWERSKI, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>and<br>STATE OF WASHINGTON,<br>Proposed Plaintiff-Intervenor,<br>v.<br>HELZBERG'S DIAMOND SHOPS, LLC,<br>Defendant. | NO. 2:26-cv-02379-JLR<br>STATE OF WASHINGTON'S STIPULATED MOTION AND [~~PROPOSED~~] ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b)<br>Note for Motion Calendar: September 14, 2026 |

Proposed Plaintiff-Intervenor the State of Washington respectfully requests that the Court grant its intervention as a matter of right in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington Commercial Electronic Mail Act (CEMA), Wash. Rev. Code § 19.190.020. Defendant Helzberg Diamond Shops, LLC's 's Motion to Dismiss (Dkt. 13) argues that CEMA violates Article II, Section 37 of the Washington State Constitution and the dormant Commerce Clause, and is preempted by federal law pursuant to the Supremacy Clause. On August 21, 2026, Defendant filed and served notice of the constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b). Dkt. 14.



ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

The Court subsequently entered an Order certifying the constitutional challenge to the State on September 2, 2026. Dkt. 15.

Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to intervene . . . on the question of constitutionality." "Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed . . . . Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c).

The State is prepared to file its substantive brief in opposition to Defendant's Motion to Dismiss by **October 20, 2026**.

To avoid duplicative filings and unnecessary burden on Defendant and the Court, the parties agree and stipulate that Plaintiff may file his substantive brief in opposition to Defendant's Motion to Dismiss by October 20, 2026, and that Defendant may file a combined reply to Plaintiff's and the State's respective briefs in opposition to the Motion to Dismiss. The combined reply will be due **November 17, 2026**. The parties likewise stipulate to re-note the Motion to Dismiss for **November 17, 2026**. Further, the parties stipulate, subject to Court approval, that Defendant will receive an expanded word limit of 6,300 total words to accommodate its need to respond to two separate briefs in a combined reply.

//

//

//

//

//

//

//

//

//



ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 14, 2026

NICHOLAS W. BROWN
Attorney General

*s/ Ben Brysacz*
BEN BRYSACZ, WSBA #54683
Assistant Attorney General

*s/ Claire McNamara*
CLAIRE MCNAMARA, WSBA #50097
Assistant Attorney General

Attorneys for Movant State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
ben.brysacz@atg.wa.gov
claire.mcnamara@atg.wa.gov

*I certify that this memorandum contains 361 words, in compliance with the Local Civil Rules.*

Dated: September 14, 2026

DOVEL & LUNER LLP

*s/ Simon C. Franzini (with permission)*
JONAS B. JACOBSON, WSBA #62890
jonas@dovel.com
SIMON C. FRAZINI, WSBA #63689
simon@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

BARG SINGER HOESLY PC

CODY HOESLY, WSBA #41190
choesly@bargsinger.com
1000 SW Morrison Street Suite 900
Portland, OR 97205
Ph. (503) 241-3311

Dated: September 14, 2026

K&L GATES LLP

*s/ Ellen S. Robbins (with permission)*
PETER A. TALEVICH, WSBA #42644
CLARA VIRDEN, WSBA #60308
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: (206) 370-6795
E-mail: peter.talevich@klgates.com
clara.virden@klgates.com

AKERMAN LLP

ELLEN S. ROBBINS, *pro hac vice*
633 West Fifth Street Suite 6400
Los Angeles, CA 90071
Telephone: (213) 533-5923
E-mail: ellen.robbins@akerman.com

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 14th day of September, 2026.

THE HONORABLE JAMES L. ROBART
United States District Judge



ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744